UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Boutuivi Ahlin Sanvee,                          Civil No. 10-527 (RHK/JSM)

      Plaintiff,                                  **ORDER**

v.

Hennepin County Human Services,

      Defendant.

---

Before the Court is the August 13, 2012 Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, to which plaintiff has filed Objections.

The undersigned has conducted a de novo review of the Report and Recommendation, together with Plaintiff's Objections thereto. Based on that review and upon all of the files, records and proceedings herein **IT IS ORDERED**:

    1. Plaintiff's Objections (Doc. Nos. 90 and 93) are **OVERRULED**;

    2. The Report and Recommendation (Doc. No. 87) is **ADOPTED**; and

    3. Defendant's Motion for Summary Judgment (Doc. No. 61) is **GRANTED IN PART AND DENIED IN PART** as follows:

        1. Defendant's Motion for Summary Judgment is **GRANTED** as to plaintiff's claims regarding Title VII, ADA, HIPAA, Human Dignity, Declaration of Independence, usurpation of a form, violation of unnamed federal and Minnesota laws prohibiting the disclosure of an individual's medical records, traffic of signature and forgery of medical records, and violation of a right to

domestic tranquility, and each of said claims is **DISMISSED WITH PREJUDICE**;

2.  Defendant's Motion for Summary Judgment is **GRANTED** as to plaintiff's Thirteenth Amendment, Fourteenth Amendment, and assault claims, and each of said claims is **DISMISSED WITHOUT PREJUDICE**; and

3.  Defendant's Motion for Summary Judgment is **DENIED** as to plaintiff's EPA, FLSA, FMLA and COBRA-related claims within the Amended Complaint.

Dated:  September 19, 2012

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge